1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney                          **E-filed 10/5/05**
2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE VENUE

13
   UNITED STATES OF AMERICA,              )
14                                         )
         Plaintiff,                        )   No. C  02-5105 JF
15                                         )
      v.                                   )
16                                         )   STIPULATION AND [PROPOSED] ORDER
   $82,464.18 IN NET PROCEEDS FROM         )   TO EXTEND STAY AND CONTINUE
17 THE SALE OF 1489 HARRIET AVENUE,        )   CASE MANAGEMENT CONFERENCE
   CAMPBELL, CALIFORNIA,                   )
18                                         )   Date: October 7, 2005
         Defendant.                        )   Time: 10:30 a.m.
19                                         )   Place: Hon. Jeremy Fogel
                                           )
20 _____

21         IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants

22 Michael and Jessica Costa, through undersigned counsel, that this Court enter a further Order staying this

23 action, pursuant to 21 U.S.C. § 881(i). Claimants are defendants in United States v. Michael Costa, et

24 al., CR 02-20059 JF. The allegations in the forfeiture complaint are based, in large part, on the

25 allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the

26 forfeiture proceeding is appropriate in order to preserve each claimant's right against self-incrimination

27 in the related criminal matter. The parties are advised that the criminal case is set for trial on January 6,

28 2006. Thus, the factual predicate for the initial request for the stay has not changed since the criminal

*STIPULATION AND ORDER RE STAY*
*C 02-5105 JF*

1  case is ongoing. Accordingly, the parties in this proceeding request that the Case Management
2  Conference, currently scheduled for October 7, 2005, be vacated and that the matter be continued until
3  December 16, 2005, or as soon thereafter as this Court may hear the matter.

4  DATED: 9/30/05                           DATED: 9-30-05

5
6
7  STEPHANIE M HINDS                        STUART KIRCHICK
   Assistant United States Attorney         Attorney for Claimants Michael and Jessica Costa
8
9
10  IT IS HEREBY ORDERED:
11      Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture
12  action is stayed in light of the pending related criminal prosecution of claimants Michael and Jessica
13  Costa. The case management conference currently scheduled for October 7, 2005, is vacated. The
14  matter is continued until 1/13/06 for further status.

15
16  DATED: 10/4/05                          /s/electronic signature authorized
                                            JEREMY FOGEL
17                                          United States District Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER RE STAY
C 02-5105 JF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY AND CONTINUE CASE MANAGEMENT CONFERENCE** to be served this date by electronic mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Stuart D. Kirchick
2131 The Alameda, Suite C-1
San Jose, CA 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of September, 2004, at San Francisco, California.

_____
ALICIA CHIN
Paralegal/ AFU
STIPULATION AND ORDER RE STAY
C 02-5105 JF