| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |

\*\*E-filed 1/11/06\*\*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$82,464.18 IN NET PROCEEDS FROM THE SALE OF 1489 HARRIET AVENUE, CAMPBELL, CALIFORNIA,<br><br>  Defendant. | No. C   02-5105 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 13, 2006<br>Time: 10:30 a.m.<br>Place: Hon. Jeremy Fogel |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Michael and Jessica Costa, through undersigned counsel, that this Court enter a further Order staying this action, pursuant to 21 U.S.C. § 881(i). Claimants are defendants in <u>United States v. Michael Costa, et al.</u>, CR 02-20059 JF. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve each claimant's right against self-incrimination in the related criminal matter. The parties are advised that the criminal case is still ongoing. Thus, the factual predicate for the initial request for the stay has not changed since the criminal case is ongoing.

Accordingly, the parties in this proceeding request that the Case Management Conference, currently scheduled for January 13, 2006, be vacated and that the matter be continued for approximately 90-120 days, or as soon thereafter as this Court may hear the matter.

DATED: 01/06/06                                             DATED: 01/06/06

_____/S/_____                    _____/S/_____
STEPHANIE M. HINDS                                    STUART KIRCHICK
Assistant United States Attorney                    Attorney for Claimants Michael and Jessica Costa

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture action is stayed in light of the pending related criminal prosecution of claimants Michael and Jessica Costa. The case management conference currently scheduled for January 13, 2006, is vacated. The matter is continued until  5/12/06  for further status.

[GRANTED — Judge Jeremy Fogel]

DATED:    1/11/06                                          _____
                                                                        JEREMY FOGEL
                                                                        United States District Judge

*STIPULATION AND ORDER RE STAY*
*C 02-5105 JF*