**E-filed 4/27/06**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE VENUE

13
   UNITED STATES OF AMERICA,        )
14                                  )
         Plaintiff,                 )    No. C   02-5105 JF
15                                  )
      v.                            )
16                                  )    **STIPULATION AND [PROPOSED] ORDER
   $82,464.18 IN NET PROCEEDS FROM  )    TO EXTEND STAY AND CONTINUE
17 THE SALE OF 1489 HARRIET AVENUE, )    CASE MANAGEMENT CONFERENCE**
   CAMPBELL, CALIFORNIA,            )
18                                  )    Date: May 12, 2006
         Defendant.                 )    Time: 10:30 a.m.
19                                  )    Place: Hon. Jeremy Fogel
   _____)
20

21       IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants

22  Michael and Jessica Costa, through undersigned counsel, that this Court enter a further Order staying this

23  action, pursuant to 21 U.S.C. § 881(i). Claimants are defendants in United States v. Michael Costa, et

24  al., CR 02-20059 JF.  The allegations in the forfeiture complaint are based, in large part, on the

25  allegations at issue in the pending criminal action. Consequently, the parties agree that a stay in the

26  forfeiture proceeding is appropriate in order to preserve each claimant's right against self-incrimination

27  in the related criminal matter.  The parties are advised that the criminal case is still ongoing and the trial

28  is not scheduled to commence on until June 5, 2006. Thus, the factual predicate for the initial request for

*STIPULATION AND ORDER RE STAY*
*C 02-5105 JF*

1  the stay has not changed since the criminal case is ongoing.  Accordingly, the parties in this proceeding
2  request that the Case Management Conference, currently scheduled for May 12, 2006, be vacated and
3  that the matter be continued for approximately 120 days, or as soon thereafter as this Court may hear the
4  matter.

6  DATED: 4/5/06                                           DATED: 01/06/06

8  _____/S/_____           _____/S/_____
   STEPHANIE M. HINDS                              STUART KIRCHICK
9  Assistant United States Attorney              Attorney for Claimants Michael and Jessica Costa

11         IT IS HEREBY ORDERED:
12       Upon the stipulation of counsel, and good cause appearing, the above-captioned civil forfeiture
13  action is stayed in light of the pending related criminal prosecution of claimants Michael and Jessica
14  Costa.  The case management conference currently scheduled for May 12, 2006, is vacated.  The matter
15  is continued until __9/15/06__ for further status.

17  DATED:   4/27/06
                                                              _____
18                                                            JEREMY FOGEL
                                                              United States District Judge

*STIPULATION AND ORDER RE STAY*
*C 02-5105 JF*